**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 0 9 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No. **15 CR 3 7 1** |
| COREY DEMITRIUS HOLLINGSWORTH | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### INTRODUCTION

At all times material to this Indictment:

1. The term "sexual act" is defined, pursuant to Title 18, United States Code, Section 2246(2), as "(A) contact between the penis and the vulva or the penis and the anus, and for purposes of this subparagraph contact involving the penis occurs upon penetration, however slight; (B) contact between the mouth and the penis, the mouth and the vulva, or the mouth and the anus; (C) the penetration, however, slight, of the anal or genital opening of another by a hand or finger or by any object, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person; or (D) the intentional touching, not through the clothing, of the genitalia of another person who has not attained the age of 16 years with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person."

2. The term "sexual contact" is defined, pursuant to Title 18, United States Code, Section 2246(3), as "the intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person."

### GENERAL ALLEGATIONS

3. Between on or about September 25, 2005, to on or about June 8, 2009, defendant, **COREY DEMITRIUS HOLLINGSWORTH**, was accompanying the Armed Forces outside the United States, as defined in Title 18, United States Code, Section 3267(2), that is, the Defendant was married to and residing with his spouse who was a member of the United States

Navy deployed to the Misawa Air Base and the Yokosuka Air Base in Japan.

4. The acts described in the Indictment occurred in and around the Misawa Air Base and the Yokosuka Air Base.

5. The conduct described in Counts One through Three of this Indictment would have constituted an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

6. Venue for the offenses charged in Counts One through Three of this Indictment lies in the Southern District of Texas because the Defendant's last known residence is in Humble, Texas which is within the Southern District of Texas.

## COUNT ONE

7. The allegations set forth in paragraphs 1 through 6 are re-alleged and incorporated as if fully set forth in this paragraph.

8. Between on or about September 25, 2008, and June 7, 2009, outside the United States in Yokosuka, Japan, defendant,

**COREY DEMITRIUS HOLLINGSWORTH,**

did knowingly engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with E.W., a female child who had not attained the age of 12 years.

**In violation of Title 18, United States Code, Section 2241(c), 3238 and 3261.**

## COUNT TWO

9. The allegations set forth in paragraphs 1 through 6 are re-alleged and incorporated as if fully set forth in this paragraph.

2

10.     On or about June 8, 2009, outside the United States in Yokosuka, Japan, defendant,

**COREY DEMITRIUS HOLLINGSWORTH,**

did knowingly engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with E.W., a female child who had not attained the age of 12 years.

**In violation of Title 18, United States Code, Section 2241(c), 3238 and 3261.**

## COUNT THREE

11.     The allegations set forth in paragraphs 1 through 6 are re-alleged and incorporated as if fully set forth in this paragraph.

12.     Between on or about September 25, 2005, and September 24, 2006, outside the United States in Misawa, Japan, defendant,

**COREY DEMITRIUS HOLLINGSWORTH,**

did knowingly engage in and cause sexual contact, as defined in 18 U.S.C. § 2246(3), with E.W., a female child who had not attained the age of 12 years, which conduct would have constituted an offense under Title 18, U.S.C. § 2241(c) had it been a sexual act and engaged in within the special maritime and territorial jurisdiction of the United States.

**In violation of Title 18, United States Code, Section 2244(a)(5), 3238 and 3261.**

A TRUE BILL

Original Signature on File

FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*Kimberly Ann Leo*
ASSISTANT UNITED STATES ATTORNEY